# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-201** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **CARLOS BAIZA-FUNES** | : | |

## **ORDER**

Before the Court is the Government's Motion to Dismiss the Indictment (Doc. 13) in the above captioned matter. The motion is submitted in the interest of justice. Rule 48(a) of the Federal Rules of Criminal Procedure allows the Government to dismiss an Indictment with leave of court. It is hereby ORDERED that the Government's Motion to Dismiss Indictment is GRANTED.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge